FILED
2016 May-03 AM 11:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT

For
<u>Northern District of Alabama</u>

95 JUL 25 PM 2:15

U.S.   AR

U.S.A. vs. <u>JARED WHEAT</u>        Docket No. <u>CR-91-HM-157-S</u>

### A Petition for a Hearing for Revocation of Supervised Release

COMES NOW CHARLES W. GARDNER, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and condition of Jared Wheat who was placed on supervision by the Honorable E. B. Haltom, Jr., sitting in the court at Birmingham, Alabama, on the 30th day of September, 1991, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the court and also special conditions and terms as follows:

(1) If ordered to the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district in which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

(2) If this judgment imposes a fine, special assessment, costs or restitution obligation, it shall be a condition of probation that the defendant pay any such fine, assessment, costs, and restitution.

(3) The defendant shall not own or possess a firearm or destructive device.

(4) The defendant shall be subject to drug testing and treatment program when directed by the Probation Office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**FOR THAT JARED WHEAT DID VIOLATE THE STATUTORY CONDITION OF SUPERVISION IN THE FOLLOWING PARTICULAR:**

On or about June 30, 1995, Jared Wheat committed a federal, state, or local crime, as evidenced by the Alabama Uniform Arrest Report and Alabama Uniform Incident/Offense Report, charging Mr. Wheat with DUI, Reckless Driving, and Trafficking in Cannabis in Morris, Alabama. At the time of arrest, he was driving a vehicle containing approximately 20 pounds of marijuana and $38,181.74 in cash.

**FOR THAT JARED WHEAT DID VIOLATE CONDITION 9 OF THE STANDARD CONDITIONS OF SUPERVISION IN THE FOLLOWING PARTICULAR:**

On or about June 30, 1995, Jared Wheat did associate with Bradley Neal Watkins, a person engaged in criminal activity, in that Mr. Wheat, along with Mr. Watkins, was arrested in a vehicle containing approximately 20 pounds of marijuana and $38,181.74 in cash.

JARED WHEAT     AR     PAGE 2
DOCKET NUMBER CR-91-JM-157-S

The foregoing is in violation of the Conditions of Supervised Release, a copy of which is attached hereto.

**PRAYING THAT THE COURT WILL ORDER** that this matter be set down for a hearing to determine if supervised release should be revoked and in connection therewith that a summons be issued for his appearance before a Magistrate Judge.

### ORDER OF THE COURT

The foregoing petition is GRANTED this _____ day of _____, 1995.

_____
U.S. District Judge

☐ No Bail     ☐ Bail set $_____

*Prob 12 (11/90)*

Respectfully,

_____
Probation Officer

_____
Supervisor

Date  7-25-95

☐ Bail at discretion of Magistrate Judge