IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA

vs.                                                    CR 91-AR-157-S

JARED WHEAT
    Defendant.

ORDER ON REVOCATION HEARING

    In the presence of the attorney for the government, the defendant, Jared Wheat, represented by Victor Kelley, appeared in person on August 22 and 23, 1995.

    It appearing to the court that the defendant was earlier placed on supervised release pursuant to the judgment signed on October 2, 1991, by Judge E. B. Haltom, Jr., and that the defendant has violated the terms of such release, it is hereby ORDERED and ADJUDGED that the release of the defendant is revoked and the defendant is hereby committed to the custody of the Bureau of Prisons for the term of twenty-four months. Defendant remanded to the custody of the U. S. Marshal.

    Signed this 23rd day of August, 1995.

                                              William M. Acker, Jr.
                                              United States District Judge

ke

United States District Court
for the
Northern District of Alabama
August 23, 1995


* * MAILING CERTIFICATE OF CLERK * *


Re:   2:91-cr-00157


True and correct copies of the attached were mailed by the clerk to the following:

   Victor Kelley, Esq.
   GORHAM & WALDREP PC
   Energen Building, Suite 700
   2101 6th Avenue North
   Birmingham, AL   35203

   Caryl Privett, Esq.
   US ATTORNEY'S OFFICE
   Robert S Vance Federal Bldg, Suite 200
   1800 5th Avenue North
   Birmingham, AL   35203

   John E Ott, Esq.
   US ATTORNEY'S OFFICE
   Robert S Vance Federal Bldg, Suite 200
   1800 5th Avenue North
   Birmingham, AL   35203

USM
USPO
USA - Financial Lit.

Jeanette